# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MEKHI JOHNSON and
AMBER GARRITY,

      Plaintiffs,

      v.

AGENT BENJAMIN HITESMAN, in
his individual capacity under color of
law,

      Defendant.

No. 4:25-CV-01422

(Chief Judge Brann)

## ORDER

### APRIL 17, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Benjamin Hitesman's motion to dismiss, Doc. 32, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1.      Defendant's motion is granted with prejudice as to Plaintiffs' Count I and III Fourth Amendment claims for detention beginning after the discovery of the firearm; and as to Plaintiffs' Count VII in full;

2.      Defendant's motion is granted without prejudice as to Plaintiffs' Count I Fourteenth Amendment claims; Plaintiffs' Count II in full; Plaintiffs' Count IV Fourteenth Amendment claims; and as to Plaintiffs' Count VI in full;

3.      Defendant's motion is denied as to Plaintiffs' Count I and III Fourth Amendment claims for the period between Johnson's detention and the discovery

of the firearm; Plaintiff's Count IV Fourth Amendment claims; and as to Plaintiffs'

Count V in full.

Plaintiffs are provided leave to amend those claims which were not

dismissed with prejudice, and may file a Second Amended Complaint, should they

choose to do so, within fourteen (14) days of this Order. Defendant will have

twenty-one (21) days after the expiration of this period or from the date of filing of

a Second Amended Complaint to file an answer.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge